withdrawal and substitution of counsel has been granted in a separate order.

It is so ORDERED.

**MEYERLAND COMPANY and William Michael Adkinson, Appellants,**

v.

**CONTINENTAL SAVINGS ASSOCIATION, Appellee.**

**No. 01–87–00730–CV.**

Court of Appeals of Texas, Houston (1st Dist.).

July 16, 1992.

Robert L. Collins, Daniel Kistler, Houston, for appellants.

Lee R. Larkin, David L. Crawford, Tom Alexander, Shannon Sanders, Norman Riedmueller, Mike O'Brien, Bruce Coulomber, Houston, for appellee.

Before OLIVER–PARROTT, C.J., and DUNN and WILSON, JJ.

OPINION

PER CURIAM.

The Court today considered the "Motion to Dismiss Appeal for Want of Jurisdiction and Reurgence of Motion for Withdrawal and Substitution of Counsel" of the Federal Deposit Insurance Corporation as Receiver for Continental Savings Association. The motion to dismiss appeal for want of jurisdiction is hereby granted. The motion for